UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON WILMOT, a single man,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, LP; and ONE MAIN FINANCIAL,<br><br>Defendants. | CASE NO. C18-1874RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT |

This matter is before the Court on Plaintiff's Motion for Leave to File His First Amended Complaint. Dkt. #11. Plaintiff bases his motion on the liberal amendment standards of Federal Rule of Civil Procedure 15(a)(2) and the fact that the original complaint was filed pro se and Plaintiff is now represented by counsel. *Id.* Defendants have not opposed the motion and the Court treats the failure to respond as an admission that the motion has merit. LCR 7(b)(2) ("Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").

Accordingly, the Court finds and ORDERS that:

1. Plaintiff's Motion for Leave to File His First Amended Complaint (Dkt. #11) is GRANTED.

ORDER – 1

2. Plaintiff shall file and serve his First Amended Complaint (Dkt. #11-1) **within fourteen (14) days of this Order**.

DATED this 2 day of April, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2